```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
TAZOHN HARDEE,

                            Movant,

      -against-

UNITED STATES OF AMERICA,

                            Respondent.
--------------------------------------------------------------

ORDER TO ANSWER, 28 U.S.C. § 2255

25 CV 5835 (VB)
22 CR 574 (VB)

By Order dated July 24, 2025, the Court designated petitioner's motion as a motion for relief under 28 U.S.C. § 2255 and granted petitioner leave to file an amended Section 2255 motion by September 24, 2025. Petitioner did not file an amended Section 2255 motion by that date.

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By **December 8, 2025**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Petitioner shall have until **January 8, 2026**, to file a reply to the government's submission. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include both the civil docket number and the criminal docket number and will be docketed in both cases.

Because petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk is directed to mail a copy of this Order to petitioner at the address on the docket in case no. 25-cv-5835 (VB).

Dated: October 7, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge